```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 27153
    NANCY WILSON MMANABOR
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-4231


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 10/09/2008 and was not confirmed.

       The case was transferred to Glenn Stearns, Trustee on 10/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
WILSHIRE CREDIT CORPORAT  CURRENT MORTG        .00           .00            .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE   18000.00           .00            .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG        .00           .00            .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE    5000.00           .00            .00
WILSHIRE CREDIT CORPORAT  UNSECURED      NOT FILED           .00            .00
WILSHIRE CREDIT CORP      MORTGAGE NOTI  NOT FILED           .00            .00
UNITED CREDIT UNION       SECURED VEHIC   11179.00           .00            .00
WILL COUNTY TREASURER     SECURED          4168.37           .00            .00
WILL COUNTY TREASURER     UNSECURED      NOT FILED           .00            .00
HSBC CARD SERVICES LII    UNSECURED      NOT FILED           .00            .00
HSBC                      NOTICE ONLY    NOT FILED           .00            .00
HSBC CARD SERVICES LII    UNSECURED      NOT FILED           .00            .00
HSBC                      NOTICE ONLY    NOT FILED           .00            .00
UNITED CREDIT UNION       UNSECURED      NOT FILED           .00            .00
UNITED FEDERAL CREDIT UN  NOTICE ONLY    NOT FILED           .00            .00
BENEFICIAL                UNSECURED      NOT FILED           .00            .00
ASSOCIATED CREDITORS EXC  NOTICE ONLY    NOT FILED           .00            .00
DISH NETWORK              UNSECURED      NOT FILED           .00            .00
DISH NETWORK              NOTICE ONLY    NOT FILED           .00            .00
CITICORP CREDIT SERVICES  UNSECURED      NOT FILED           .00            .00
CITICORP CREDIT SERVICES  UNSECURED      NOT FILED           .00            .00
CITICORP CREDIT SERVICES  UNSECURED      NOT FILED           .00            .00
COOK COUNTY ADULT PROBAT  UNSECURED      NOT FILED           .00            .00
CREDIT ONE BANK           UNSECURED      NOT FILED           .00            .00
AT&T/SBC/ILLINOIS FACC    UNSECURED      NOT FILED           .00            .00
SBC                       NOTICE ONLY    NOT FILED           .00            .00
DELL FINANCIAL SERVICES   UNSECURED      NOT FILED           .00            .00
UNITED RECOVERY SYSTEMS   NOTICE ONLY    NOT FILED           .00            .00
ETS                       UNSECURED      NOT FILED           .00            .00
AUTUMN RIDGE              UNSECURED      NOT FILED           .00            .00
FIRST PREMIER BANK        UNSECURED      NOT FILED           .00            .00
FIRST PREMIER BANK        NOTICE ONLY    NOT FILED           .00            .00
HOME DEPOT                UNSECURED      NOT FILED           .00            .00
HOME DEPOT                NOTICE ONLY    NOT FILED           .00            .00
FATLAND HEWITT DDS        UNSECURED      NOT FILED           .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 27153 NANCY WILSON MMANABOR
```

```
ILLINOIS DEPT OF HUMAN S  UNSECURED      NOT FILED             .00           .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED      NOT FILED             .00           .00
ILLINOIS STATE HIGHWAY A  UNSECURED      NOT FILED             .00           .00
INGALLS MEMORIAL HOSPITA  UNSECURED      NOT FILED             .00           .00
INGALLS MEMORIAL HOSPITA  NOTICE ONLY    NOT FILED             .00           .00
LANE BRYANT RETAIL        UNSECURED      NOT FILED             .00           .00
AT&T                      UNSECURED      NOT FILED             .00           .00
AT&T MOBILITY             NOTICE ONLY    NOT FILED             .00           .00
RESURGENT ACQUISITION LL  UNSECURED      NOT FILED             .00           .00
TRU GREEN CHEMLAWN        UNSECURED      NOT FILED             .00           .00
UNITED CREDIT UNION       UNSECURED      NOT FILED             .00           .00
UNITED CREDIT UNION       UNSECURED      NOT FILED             .00           .00
UNITED CREDIT UNION       UNSECURED      NOT FILED             .00           .00
US DEPT OF EDUCATION      UNSECURED      NOT FILED             .00           .00
US DEPT OF EDUCATION      UNSECURED      NOT FILED             .00           .00
PATRICK WILSON            NOTICE ONLY    NOT FILED             .00           .00
PATRICK WILSON            NOTICE ONLY    NOT FILED             .00           .00
WILSHIRE CREDIT CORPORAT  MORTGAGE NOTI  NOT FILED             .00           .00
LEDFORD & WU              DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00
```

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       ---------------     ---------------
TOTALS                       .00                   .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 01/27/09         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                              PAGE   2
            CASE NO. 08 B 27153 NANCY WILSON MMANABOR